IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 2 3 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| THADDEUS DONTRELL JOHNSON, § <br> TDCJ-CID # 5185966, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JANIE COCKRELL, JOE OLIVER, § <br> C. WAKEMON, L. LUCIOUS, § <br> RICHARD ORR, and PATRICA PRIOR, § <br> § <br> Defendants. § | 2:05-CV-0315 |

## ORDER OF DISMISSAL

Plaintiff THADDEUS DONTRELL JOHNSON, while a detainee confined in the Texas Department of Criminal Justice, Institutional Corrections Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-named defendants and was granted permission to proceed *in forma pauperis*.

On February 28, 2007, a Report and Recommendation was issued by the United States Magistrate Judge analyzing plaintiff's claims and recommending dismissal without prejudice for failure to state a claim on which relief can be granted.

The period for response has expired; and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that this Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record.

IT IS SO ORDERED.

ENTERED this 23rd day of March, 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE